IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:   ERWIN, CLYDE E                                   BK NO: 09-02860
         ERWIN, CAROL D,                                  7 -- Liquidation
               Debtor.

TRANSMITTAL OF UNCLAIMED FUNDS

Martin P. Sheehan, Chapter 7 Trustee, reports the following:

1). Payment of the final distribution under 11 U.S.C. 726 was made in this case on January 28, 2011. The below mentioned payment was (returned due to a change of address/ has become stale). Your Trustee has voided said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 13I | 53.85 | Weirton Medical Center<br>601 S. Colliers Way<br>Weirton, WV 26062 |

2) Your Trustee's checks for the amount of $53.85, payable to the Clerk of the Court, is attached to this report and list.

3) Nothing further remains to be done in this case.

Dated: April 29, 2011

_____
Martin P. Sheehan, Trustee
41 Fifteenth Street
Wheeling, WV 26003
(304) 232-1064